ZACHARY LEVINE (SBN 265901)
*zjl@wolklevine.com*
SARAH R. WOLK (SBN 251461)
*srw@wolklevine.com*
WOLK & LEVINE, LLP
550 N. Brand Blvd., Ste. 625
Glendale, CA 91203
Telephone: (818) 241-7499
Facsimile: (323) 892-2324
Attorneys for Plaintiff ROBERT ERVAIS

NANCY E. ZELTZER (SBN80875)
*zeltzer@lbbslaw.com*
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 Town Center Drive, Ste 1400
Costa Mesa, CA 92626
(714) 545-9200
(714) 850-1030
Attorneys for Defendants COUNTY OF ORANGE
and NICHOLAS CHRISOS

## JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERVAIS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE; NICHOLAS CHRISOS, in his official capacity as County Counsel, <br><br> Defendants. | CASE NO.: SACV12-1347 AG (JPRx) <br><br> Trail Date: January 14, 2014 <br> Final Pretrial Conference: January 6, 2014 <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

1

**ORDER FOR  DISMISSAL WITH PREJUDICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on parties Settlement, this matter is dismissed with prejudice. All further dates and briefing schedules are ordered vacated. Parties shall bear their own costs and attorney's fees associated with this matter in accordance with the Settlement Agreement and Release.

**IT IS SO ORDERED.**

DATED: December 10, 2013

_____

ANDREW J. GUILFORD
United States District Judge

2

**ORDER FOR  DISMISSAL WITH PREJUDICE**